**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| MANOLITO Q. SINKLER and<br>JAMESIA MOBLEY-SINKLER,<br><br>  Plaintiffs,<br><br>v.<br><br>EVERGREEN VALLEY<br>PRODUCTIONS, LLC and DRUNK<br>DIAL, LLC,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-CV-00472-<br>SDJ-AGD |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action ("Report") (Dkt. #30), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 13, 2023, the Magistrate Judge entered the Report, recommending that Plaintiffs Manolito Q. Sinkler and Jamesia Mobley-Sinkler's Amended Motion for Default Judgment against Defendants Evergreen Valley Productions, LLC and Drunk Dial, LLC (Dkt. #28) should be **GRANTED IN PART** as set forth in the Report; that default judgment should be **GRANTED** as to Plaintiffs' claim for breach of contract as to both Defendants; that Plaintiffs should be awarded a default judgment as to their breach of contract claim against Defendants in the amount of $360,000.00 in contract damages, in addition to pre-judgment and post-judgment interest; and that Plaintiffs' request for attorneys' fees and costs should be considered at a later date.

1

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiffs Manolito Q. Sinkler and Jamesia Mobley-Sinkler's Amended Motion for Default Judgment against Defendants Evergreen Valley Productions, LLC and Drunk Dial, LLC (Dkt. #28) is **GRANTED IN PART** as set forth in the Report, and default judgment is **GRANTED** as to Plaintiffs' claim for breach of contract as to both Defendants. Plaintiffs are awarded a default judgment as to their breach of contract claim against Defendants in the amount of $360,000.00 in contract damages, in addition to pre-judgment and post-judgment interest. Defendants Evergreen Valley Productions, LLC and Drunk Dial, LLC are jointly and severally liable for the judgment awarded herein. Plaintiffs' request for attorneys' fees and costs will be considered at a later date pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**So ORDERED and SIGNED this 6th day of October, 2023.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE